1  **[PROPOSED] O R D E R**

2  GOOD CAUSE APPEARING,

3  IT IS ORDERED that the sentencing hearing presently set for November 2, 2010, be continued to February 8, 2011 at 2:00 p.m. The due dates for the presentence report should be calculated using the new sentencing date. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 21st day September, 2010



_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER CONTINUING
SENTENCING DATE [CR 10-0300 WHA]    -3-