1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 10-0300 WHA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | CONTINUING SENTENCING DATE |
| | ) | |
| JOHN VIEIRA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S.
Attorney Kyle F. Waldinger, and counsel for defendant John Vieira, Anthony Lowenstein, that,
subject to the Court's approval, the sentencing hearing presently set for February 8, 2011, be
continued and set for a sentencing hearing on July 19, 2011, at 2:00 p.m.

      1.      On August 3, 2010, the defendant John Vieira pleaded guilty to the single count
of the Indictment charging him with conspiracy to commit mail fraud.  The defendant Vieira's
plea was pursuant to a plea agreement in which he agreed to cooperate with the government's
investigation and prosecution of other individuals.

      2.      In light of continuing cooperation under the terms of the plea agreement, the
parties jointly request that the sentencing hearing on February 8, 2011, be continued for a
sentencing hearing on July 19, 2011, at 2:00 p.m.

STIP. & [~~PROPOSED~~] ORDER CONTINUING
SENTENCING DATE [CR 10-0300 WHA]

3.      Additional time is needed for the defendant to complete his cooperation with the government.  Specifically, the defendant has provided information to the government regarding other individuals involved in mortgage fraud, and his cooperation with respect to the United States' investigation of those individuals is ongoing.

4.      Because the defendant Vieira's cooperation in the investigation of other individuals is ongoing, his cooperation with the government is not yet complete.

5.      Accordingly, for all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for February 8, 2011, and set a sentencing hearing for July 19, 2011, at 2:00 p.m.  In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

DATED:  December 28, 2010

MELINDA HAAG
United States Attorney


_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney


DATED:  December 28, 2010

_____/s/_____
ANTHONY LOWENSTEIN
Attorney for defendant JOHN VIEIRA

### ~~[PROPOSED]~~ O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for February 8, 2011, be continued to July 19, 2011 at 2:00 p.m.  The due dates for the presentence report should be calculated using the new sentencing date.  The final presentence report should be disclosed two weeks prior to the sentencing date.

Date:  January 3, 2011.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIP. & ~~[PROPOSED]~~ ORDER CONTINUING
SENTENCING DATE [CR 10-0300 WHA]     -2-