```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN VIEIRA, ) <br> ) <br> Defendant. ) <br> ) | No. CR 10-0300 WHA <br><br> JOINT REQUEST TO VACATE STATUS HEARING AND [PROPOSED] ORDER |

The United States and the defendant John Vieira jointly request that the status hearing presently set for August 21, 2012, be vacated.

1.  On July 19, 2011, this Court sentenced the defendant John Vieira to a 3-year term of probation for his participation in a mortgage fraud scheme. At that time, the Court set a hearing for August 21, 2012 to check on the defendant's progress on supervised release.

2.  On September 27, 2011, however, this Court transferred jurisdiction over Mr. Vieira's supervised release term to the Southern District of Florida, effective upon that court's acceptance of jurisdiction. It appears that the Southern District of Florida accepted jurisdiction on June 11, 2012. Mr. Vieira now resides in that District.

3.  This transfer of jurisdiction was made pursuant to 18 U.S.C. § 3605. Pursuant to that provision, the U.S. District Court for the Southern District of Florida now has the authority

JOINT REQUEST & [PROPOSED] ORDER
CR 10-0300 WHA

1 | "to exercise all powers over the . . . releasee."

2 |     4.    For all of these reasons, the parties jointly request that the Court vacate the status hearing set for August 21, 2012.

4 |     5.    Counsel for the parties has been in contact with the Probation Office in this District. The responsible Probation Officer has no objection to this request.

SO STIPULATED.

DATED: August 17, 2012

MELINDA HAAG
United States Attorney

        /s/
KYLE F. WALDINGER
Assistant United States Attorney

DATED: August 17, 2012

        /s/
ANTHONY LOWENSTEIN
Attorney for defendant JOHN VIEIRA

[PROPOSED] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for August 21, 2012, is hereby VACATED.

Dated: August 20, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

JOINT REQUEST & [PROPOSED] ORDER
CR 10-0300 WHA        -2-